

**NUMBER 13-14-00613-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

BORDER HOME HEALTH, INC.,                                         Appellant,

v.

JORGE R. GUEVARA, M.D. AND MEDICAL
ASSOCIATES OF BROWNSVILLE, P.A.,                          Appellees.

**On Appeal from the County Court at Law No. 3
of Cameron County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Border Home Health, Inc., filed an appeal from a judgment entered by the County Court at Law No. 3 of Cameron County, Texas, in cause number 2009-CCL-1305-C. Appellant has filed a withdrawal of notice of appeal on grounds appellant no longer wishes to pursue its appeal. A supplemental notice of withdrawal of notice of

appeal indicates the motion is unopposed. Appellant requests that this Court withdraw the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
6th day of November, 2014.

2